IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

ROBERT LEE TAYLOR, :
:
    Plaintiff, :
:
  VS. : Civil Action File No.
: **1:06-CV-109 (WLS)**
Warden DANNY THOMPSON, :
:
    Defendant. :

## ORDER AND RECOMMENDATION

Currently pending in this *pro se* prisoner § 1983 action are several motions filed by plaintiff.

### 1. *Plaintiff's Motion for Leave to File Exhibit (doc. 11)*

In support of his complaint, plaintiff requests that he be allowed to file two exhibits regarding his exhaustion of administrative remedies. Such motion is **GRANTED**.

### 2. *Plaintiff's Motion for Summary Judgment (doc. 15) and Motion to Dismiss (doc. 18)*

Plaintiff filed a motion for summary judgment prior to defendant having filed any answer. Then plaintiff filed a motion to dismiss his pending motion for summary judgment in light of the fact that defendant had subsequently filed an answer. Consequently, it is the RECOMMENDATION of the undersigned that plaintiff's motion for summary judgment be **DENIED** and that his motion to dismiss his motion be **GRANTED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO ORDERED AND RECOMMENDED**, this 3rd day of August, 2007.

                                                          //S Richard L. Hodge
                                                          RICHARD L. HODGE
                                                          UNITED STATES MAGISTRATE JUDGE

msd