# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| ROBERT LEE TAYLOR, | : | |
| Plaintiff, | : | |
| v. | : | 1:06-CV-109 (WLS) |
| Warden DANNY THOMPSON, | : | |
| Defendants. | : | |

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 30 ), filed August 3, 2007. It is recommended that Plaintiff's motion to dismiss his previously filed motion for summary judgment (Doc. No. 18) be granted. Neither Plaintiff, nor Defendant, has filed a timely objection.

Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's motion to withdraw his previously filed motion for summary judgment (Doc. No. 18) is **GRANTED** and said motion for summary judgment (Doc. No. 15) is **ORDERED WITHDRAWN.**

SO ORDERED, this  31st  day of August, 2007.

 /s/W. Louis Sands 
**W. Louis Sands, Judge**
**United States District Court**