IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY  DIVISION

ROBERT LEE TAYLOR,                              :
                                                :
            Plaintiff,                          :
                                                :
      VS.                                        :          Civil Action File No.
                                                :          **1:06-CV-109 (WLS)**
Warden DANNY THOMPSON,                           :
                                                :
            Defendant.                          :
_____

## **RECOMMENDATION**

Currently pending in this *pro se* prisoner 42 U.S.C. § 1983 action are several motions.

### *1.  Defendants' Motion to Dismiss (doc. 23)*

Defendants move to dismiss this action pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure for plaintiff's refusal to answer any relevant questions at his deposition.  Counsel for

defendants sent a notice to plaintiff informing him that his deposition would be taken on February

23, 2007 at his place of incarceration.

According to the transcript of the deposition (Exhibit B), plaintiff answered some preliminary

questions.  Then defense counsel informed plaintiff that he would begin to ask questions regarding

the allegations contained in plaintiff's complaint.  Plaintiff then stated he was objecting to the

questions.  Despite repeated attempts to get plaintiff to answer the questions, plaintiff refused to

answer any questions regarding his allegations.  Consequently, defense counsel terminated the

deposition.

In response to this motion to dismiss, plaintiff states that he objected to answering any questions

because he did not have access to his legal materials and did not have paper or pen with which to

take notes (doc. 27).

In the undersigned's order dated September 27, 2006 (doc. 9), plaintiff was advised that

> The deposition of the plaintiff, a state/county prisoner, may be taken at any time during the time period hereinafter set out provided prior arrangements are made with his custodian. **Plaintiff is hereby advised that failure to submit to a deposition may result in the dismissal of his lawsuit under Rule 37 of the Federal Rules of Civil Procedure.**

(Emphasis in original).

Rule 41(b) of the Federal Rules of Civil Procedure contemplates the dismissal of an action for a party's failure to prosecute or for failure to comply with a court order. Plaintiff willfully refused to answer questions relating to his allegations in his complaint. If plaintiff needed to refer to his documentation in order to answer a question, he could have so stated in response to a question. But to refuse to answer any questions relative to his complaint warrants sanctions. The undersigned finds a willful refusal on the part of the plaintiff to comply with the court's order directing him to comply with the deposition. Finding that lesser sanctions will not suffice, it is the **RECOMMENDATION** of the undersigned that defendants' motion to dismiss be **GRANTED** and that his action be dismissed in its entirety with prejudice.

## 2. *Plaintiff's Motion for Summary Judgment (doc. 33)*

Plaintiff files this one page motion stating that he is entitled to summary judgment and that the court has enough information to decide that his rights were in fact violated. For the reasons stated above, it is the RECOMMENDATION of the undersigned that plaintiff's motion for summary judgment be **DENIED**.

## 3. *Defendants' Motion to Strike (doc. 36)*

Defendants have filed this motion to strike plaintiff's motion for summary judgment. For all the reasons abovesaid, it is the RECOMMENDATION of the undersigned that this motion be **GRANTED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 30th day of January, 2008.


//S Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

msd